AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA



EDUARDO JACOBO-SILVA

V.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   11CV2937-GT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

ORDER denying Petition to Vacate under 28 USC 2255 filed by Eduardo Jacobo-Silva.

December 12, 2012
Date

W. Samuel Hamrick, Jr.
Clerk

K. Ridgeway
(By) Deputy Clerk

ENTERED ON December 12, 2012

11CV2796-GT